# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 13-5162 | September Term, 2012 |
| | 1:11-cv-01841-JEB |
| | Filed On: June 7, 2013 |

Wendy E. Wagner, et al.,

      Appellants

  v.

Federal Election Commission,

      Appellee

      **BEFORE:**   Garland, Chief Judge; Henderson, Rogers, Tatel, Brown, Griffith, and Kavanaugh, Circuit Judges

## O R D E R

It is, on the court's own motion,

**ORDERED** that this case be set for oral argument on Monday, September 30, 2013, at 9:30 a.m. before the en banc court. It is

**FURTHER ORDERED** that, in addition to filing briefs electronically, the parties file 25 paper copies each of the briefs and appendix, in accordance with the following schedule:

| | |
|---|---|
| Brief for Appellants | July 10, 2013 |
| Appendix | July 10, 2013 |
| Brief for Amicus Curiae in Support of Appellants, if any | July 10, 2013 |
| Brief for Appellee | August 9, 2013 |
| Brief Amicus Curiae in Support of Appellee, if any | August 9, 2013 |
| Reply Brief for Appellants | August 23, 2013 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 13-5162**                          **September Term, 2012**

Because the briefing schedule is keyed to the date of argument, the court will grant requests for extension of time limits only for extraordinarily compelling reasons. Paper copies of the briefs and appendices must be filed by hand. Briefs and appendices must contain the date the case is scheduled for oral argument at the top of the cover.

A separate order will issue regarding allocation of oral argument time.

**Per Curiam**

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

         BY:    /s/
                      Jennifer M. Clark
                      Deputy Clerk